## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAQUAN RASHIE GULLETT-EL<br>*Pro Se*<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　　　　　Defendants. | Civ. Action No. 24-00521<br>(EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion filed on this day, it is hereby

**ORDERED** that the government's Motion for Extension, ECF No. 37, is **GRANTED,** *nunc pro tunc*; and it is further

**ORDERED** that the government's Motion to Dismiss, ECF No 38 is **GRANTED**; it is further

**ORDERED** that the following motions are **DENIED AS MOOT**:

- Motion for Order to Correct Clerical Errors on Civil Docket, ECF No. 6;

- Motion to Take Judicial Notice, Affidavit of Injury by Violations of the Law of War (Uniform Code of Military Justice (UCMJ) Article 18 - 18 U.S.C. § 2441 War Crimes), ECF No. 16;

- Motion to Issue Subpoena to Provost Marshal General and Judge Advocate General to Produce Documents,

1

Information, or Objects (Notice and Motion) (Fed. R. Civ. P. 45), ECF No. 17;

- Motion to Take Judicial Notice, Holy Appanage Cretionis Muniment of Autochthonous Title: Sovereign Royal Assent of the Kingdom of Aamaru (Copyright Office Reg. No. TXu 2-415-090) (D.D.C. # 1:15-cv-00652-EGS, Doc. 26) (United States Copyright Office Recording V15017 D244 (July 15, 2023) USPTO Trademark Case ID # 98048204 / U.S. Customs and Border Patrol (CBP) Recordation No. COP 23-00122), ECF No. 18;

- Motion to Take Judicial Notice, Moorish Science Temple of America Consular Court Instrument of Accession / Commencement / Inauguration (a Theocratic state) (Copyright Office Reg. No. TXu 2-412-689) (D.D.C. # 1:15-cv-00652-EGS, Doc. 29) (United States Copyright Office Recording V15019 D057 (September 19, 2023) USTPO Trademark Case ID # 98048204 / U.S. Customs and Border Patrol (CBP) Recordation No. COP 23-00122), ECF No. 19;

- Motion to Take Judicial Notice, Remonstrance and Quo Warranto Protesting Unlawful 14th Amendment Forced Conscription Fraud, Unlawful Annexation, Unlawful Taxation, and Unlawful Monetization (Uniform Code of

2

Military Justice (UCMJ) Article 18) (18 U.S.C. § 2441 War Crimes), ECF No. 21;

- Notice and Motion for Judge Advocate General (JAG) and Provost Marshal General Intervention Under Article 52 Geneva (IV) Convention for Violations of Law of War Under the Trading With The Enemy Act (TWEA) (50 U.S.C. §§ 4301 to 4341) (Fed. R. Civ. P. 24) (National Emergency (Martial-Law Rule) Criminal Jurisdiction) Lieber Code: General Orders No. 100 by President Lincoln 24 April 1863 Military Commission Trial by Jury of Peers Demanded, ECF No. 23;

- Motion to Take Judicial Notice, Oath and Silver Bond under Treaty Law for Taquan Gullett-El (Consular General) in Support of Application for Judge Advocate General (JAG) and Provost Marshal General Intervention Under Article 52 Geneva (IV) Convention (Fed. R. Civ. P. 24), ECF No. 24;

- Motion to Take Judicial Notice, Oath and Silver Bond under Treaty Law for Taquan Gullett-El and Highly Favored Shekinah El (Consular General) in Support of Application for Judge Advocate General (JAG) and Provost Marshal General Intervention Under Article 52 Geneva (IV) Convention (Fed. R. Civ. P. 24), ECF No. 25;

3

- Motion to Take Judicial Notice of Claim (I-24-06880) Against Public Official Insurance Bond for Treasonous Breach of Oath of Office (28 U.S.C. §§ 453, 544) and Grave Breaches of the Geneva (IV) Convention of 1949, ECF No. 31;

- Motion to Take Judicial Notice of Propounded Discovery: Interrogatories, Requests for Production, and Requests for Admission (Set 1), ECF No. 32;

- Motion for Entry of Default, ECF No. 33;

- Motion to Strike Documents 34, 36, 37, 38, ECF No. 39;

- Motion to Strike Document 40, ECF No. 41;

- Motion for Order Establishing Admissions and Compelling Interrogatories Answers and Compelling Production of Documents and for Sanctions, ECF No. 42;

- Motion to Strike Document 44, ECF No. 45;

- Motion for Sanctions, ECF No. 46;

- Motion to Strike Document 47, ECF No. 48;

- Motion to Strike Document 49, ECF No. 50; and

- Motion to Strike Document 51, ECF No. 52.

This is a final appealable Order. *See* Fed. R. App. P. 4(a). The Clerk of Court is respectfully directed to Terminate this case.

4

SO ORDERED.

Signed:   Emmet G. Sullivan
          United States District Judge
          March 10, 2025